Alan T. BROOKS, Appellant,

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

July 20, 2007.

*ORDER*

PER CURIAM.

The order of the Commonwealth Court is AFFIRMED, and Appellant's application for relief is DENIED.

Alan T. BROOKS, Appellant,

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

July 20, 2007.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of July, 2007, the Application for Relief filed June 27, 2007, is DENIED.

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Michael MASTROMARINO, Respondent.**

Supreme Court of Pennsylvania.

Dec. 17, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2007, the Commonwealth's Emergency Petitions filed December 13, 2007, are **DENIED** and the single-Justice Order entered December 14, 2007, extending the stay is **VACATED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Patrick H. OTTERSON, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 28, 2007.